IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01282-BNB

STANIMIR GEORGIEV PAVLOV,

      Applicant,

v.

WARDEN SMELZER, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

      Respondents.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER TO FILE PRE-ANSWER RESPONSE

---

Applicant, Stanimir Georgiev Pavlov, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Crowley County

Correctional Facility in Olney Springs, Colorado. He filed *pro se* on September 15,

2010, a Second Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2254. He been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §

1915.

As part of the preliminary consideration of the Second Amended Application for a

Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 filed in this action and pursuant to

*Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), the Court has determined

that a limited Pre-Answer Response is appropriate. Respondents are directed pursuant

to Rule 4 of the Rules Governing Section 2254 Cases in the United States District

Courts to file a Pre-Answer Response limited to addressing the affirmative defenses of

timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under

28 U.S.C. § 2254(b)(1)(A). If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must

notify the Court of that decision in the Pre-Answer Response.

DATED September 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01282-BNB

Stanimir Georgiev Pavlov
Prisoner No. 134930
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Warden Smelzer - **CERTIFIED***
Crowley County Corr. Facility
6564 State Hwy 96
Olney Springs, CO 81062

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Warden Smelzer and to John Suthers: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 9/15/10 on 9/16/10 .

GREGORY C. LANGHAM, CLERK


By _____
                       Deputy Clerk